UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE BELL,
        Plaintiff,

v.

CHI NGUYEN,
        Defendant.

Case No. 15-cv-00217-WHO (PR)

**ORDER OF DISMISSAL**

    This action was opened in error, and is hereby DISMISSED with prejudice. No filing fee is due. The Clerk shall enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED.**

**Dated:** February 27, 2015

WILLIAM H. ORRICK
United States District Judge